IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH S., et al., <br>     Plaintiffs, <br><br> v. <br><br> SCHOOL DISTRICT OF PHILADELPHIA, <br>     Defendant. | : <br> : <br> : <br> :   CIVIL ACTION NO. 11-1570 <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this ___ day of June, 2012, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record on Count I of Plaintiffs' Complaint for Claims Arising Under the Americans with Disabilities Act (Doc. 5); Defendant's Response in Opposition thereto (Doc. 6); Plaintiffs' Motion for an Award of Counsel Fees and Costs (Doc. 7); and Defendant's Response in Opposition thereto (Doc. 9), and for the reasons set forth more fully in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that:

1) Plaintiffs' Motion for an Award of Counsel Fees and Costs (Doc. 7) is **GRANTED IN PART.**

2) **Plaintiffs are awarded a total of $62,799.98 in counsel fees and $1,126.50 in costs,** which shall be paid within **thirty (30) days** of entry of this Order.

3) Plaintiffs' Motion for Judgment on the Administrative Record on Count I of Plaintiffs' Complaint for Claims Arising Under the Americans with Disabilities Act (Doc. 5) is **DENIED AS MOOT**.

4) The Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.