IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH S., et al.,<br>　　　Plaintiffs, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 11-1570 |
| SCHOOL DISTRICT OF PHILADELPHIA,<br>　　　Defendant. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this ___ day of June, 2012, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record on Count I of Plaintiffs' Complaint for Claims Arising Under the Americans with Disabilities Act (Doc. 5); Defendant's Response in Opposition thereto (Doc. 6); Plaintiffs' Motion for an Award of Counsel Fees and Costs (Doc. 7); and Defendant's Response in Opposition thereto (Doc. 9), and for the reasons set forth more fully in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that:

1)　Plaintiffs' Motion for an Award of Counsel Fees and Costs (Doc. 7) is **GRANTED IN PART.**

2)　**Plaintiffs are awarded a total of $62,799.98 in counsel fees and $1,126.50 in costs,** which shall be paid within **thirty (30) days** of entry of this Order.

3)　Plaintiffs' Motion for Judgment on the Administrative Record on Count I of Plaintiffs' Complaint for Claims Arising Under the Americans with Disabilities Act (Doc. 5) is **DENIED AS MOOT**.

4)　The Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.